NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**SPIN MASTER LTD.,**
*Appellant*

**v.**

**CHOIROCK CONTENTS FACTORY CO., LTD.,**
*Appellee*

————————————

2021-1348, 2021-1349, 2021-1350

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00897, IPR2019-00900, IPR2019-00901.

————————————

## JUDGMENT

————————————

JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS, argued for appellant.  Also represented by CLIFFORD T. BRAZEN, MEGAN JOANNA REDMOND.

SIHO YOO, Lewis Roca Rothgerber Christie LLP, San Francisco, CA, argued for appellee.  Also represented by THOMAS JAMES DALY, SYED A. HASAN, Glendale, CA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>October 12, 2021</u>       <u>/s/ Peter R. Marksteiner</u>
Date              Peter R. Marksteiner
                  Clerk of Court